1  SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
2  GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
   grw@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
8  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
9  SEVERSON & WERSON
   A Professional Corporation
10 One Embarcadero Center, Suite 2600
   San Francisco, California 94111
11 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
12
   Attorneys for Defendant
13 LOBEL FINANCIAL CORP.

14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| DANIEL GLANTZ, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOBEL FINANCIAL CORP.,<br><br>Defendant. | Case No. 3:16-cv-00804-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE LOBEL FINANCIAL CORP.'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Action Filed:   February 17, 2016<br>Trial Date:       None Set |
|---|---|

10431.0011/7248459.1                         1                       3:16-cv-00804-HSG
STIPULATION TO CONTINUE LOBEL FINANCIAL CORP.'S DEADLINE TO RESPOND TO THE COMPLAINT

**COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND RECITE AND STIPULATE AS FOLLOWS:**

1. WHEREAS, on February 22, 2016, Defendant Lobel Financial Corp. ("Lobel") was served with the Complaint (see Dkt. No. 7);

2. WHEREAS, the Complaint alleges violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. sections 227 et seq. in connection with calls allegedly placed to Plaintiff DANIEL GLANTZ's ("Plaintiff") cellular telephone.  The Complaint also alleges violations of the TCPA on behalf of a putative class.

3. WHEREAS, by prior stipulation and order, Lobel's deadline to respond to the Complaint is currently April 13, 2016;

4. WHEREAS, the Parties are discussing early resolution options;

5. WHEREAS, in light of the settlement discussions, the Parties agree that Lobel may have through April 27, 2016 to answer, move, or otherwise respond to the Complaint; and

6. WHEREAS, in the event that Lobel files a responsive motion, as opposed to an answer, then the Parties stipulate and request that Plaintiff shall have thirty (30) days to oppose said motion (i.e. through and including May 27, 2016) and Lobel will subsequently have two (2) weeks to file a reply brief (i.e. through and including June 10, 2016).

**NOW THEREFORE THE PARTIES STIPULATE:**

1. That Lobel may have through April 27, 2016 to respond to the complaint; and

2. In the event that Lobel files a responsive motion, as opposed to an answer, then the Parties jointly stipulate and request that Plaintiff shall have thirty (30) days to oppose said motion (i.e. through and including May 27, 2016) and Lobel will subsequently have two (2) weeks to file a reply brief (i.e. through and including June 10, 2016).

1  DATED: April 7, 2016              BURSOR & FISHER, P.A.

4                                    By:    */s/ L. Timothy Fisher*
                                            L. Timothy Fisher

   Attorneys for Plaintiff DANIEL GLANTZ, on Behalf of Himself and all Others Similarly Situated

8  DATED: April 7, 2016              SEVERSON & WERSON
                                     A Professional Corporation

11                                   By:    */s/ Rebecca S. Saelao*
                                            Rebecca S. Saelao

   Attorneys for Defendant LOBEL FINANCIAL CORP.

**ORDER**

Pursuant to the stipulation of the parties, Lobel's time to answer, move, or otherwise respond to the complaint is extended through April 27, 2016. Further, in the event that Lobel files a responsive motion, as opposed to an answer, then Plaintiff shall have thirty (30) days to oppose said motion (i.e. through and including May 27, 2016) and Lobel will subsequently have two (2) weeks to file a reply brief (i.e. through and including June 10, 2016).

IT IS SO ORDERED.

DATED: April 11, 2016

                                     Hon. Haywood S. Gilliam, Jr.
                                     UNITED STATES DISTRICT JUDGE