UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GLANTZ,

    Plaintiff,

  v.

LOBEL FINANCIAL CORP.,

    Defendant.

Case No. 16-cv-00804-HSG

**ORDER REFERRING CASE TO COURT-CONNECTED MEDIATION**

At the recommendation of the Court's ADR unit, this case is referred for court-connected mediation. Mediation shall occur within 90 days from the date of this order.

**IT IS SO ORDERED.**

Dated: August 3, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge